[Civil No. 794.]

MARTIN GOULD et al., Appellants, v. THE MARICOPA CANAL COMPANY, a Corporation, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Edward Kent, Judge.

E. W. Lewis, for Appellants.

C. F. Ainsworth, for Appellee.

March 20, 1903. Affirmed.

THE COURT.—This was an action brought by the appellee corporation against Martin Gould and three other defendants owning lands lying under the Maricopa Canal in Maricopa County to enjoin and restrain said defendants from entering upon said canal, interfering with the headgates therein, or in any manner obstructing the appellee in the operation and management of its said canal and headgates. The case involves the same questions as that of *Hayois* v. *Salt River Canal Co.*, (decided at the present term), *ante*, p. 285, 71 Pac. 944. For the reasons given in the opinion in that case the judgment here appealed from is also affirmed.

---

[Civil No. 790.]

HENRY HARMON, Administrator of the Estate of Jerry Neville, Deceased, Appellant, v. GEORGE W. CROWE, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Santa Cruz. George R. Davis, Judge.

Affirmed (Memorandum), 204 U. S. 241.

Smith & Ives, and Frank J. Duffy, for Appellant.

Hereford & Hazzard, for Appellee.

March 20, 1903. Reversed.

DOAN, J.—Upon the authority of the case of *Trickey* v. *Crowe* (decided by this court), *ante*, p. 176, 71 Pac. 965, the judgment of the trial court in this case is reversed, the case is remanded, and judgment is directed to be entered in the lower court for the defendant.

Kent, C. J., and Sloan, J., concur.